IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JOHNNY LACY, JR.,

                Plaintiff,

v.                                          ORDER

SANDRA L. McCARDLE,                       20-cv-473-jdp

                Defendant.

---

    Pro se plaintiff and prisoner Johnny Lacy, Jr. has filed a document that he calls "Retaliation denial of adequate medical treatment," in which he alleges that he is suffering from a colon infection that is causing abdominal pain and bloody stools. Dkt. 30. He asks the court to order "the department of corrections" to provide him with additional medical treatment and to order "the defendants" to stop retaliating against him.

    Lacy's motion is denied. I cannot grant Lacy's requests because the allegations in his motion aren't related to this lawsuit, which is limited to a single claim against a former prison nurse practitioner, Sandra McCardle, for failing to provide adequate medical care for an enlarged spleen and a kidney cyst. Lacy's new allegations all relate to different issues about different prison staff. Lacy says that "defendants" are retaliating against him, but he identifies no connection between McCardle and the conduct about which he is complaining now. Lacy is free to challenge the adequacy of the medical care he is receiving now, but he will have to file a new lawsuit and a new complaint against the individuals who he believes are violating his rights.

    In a separate cover letter, Dkt. 30-2, Lacy asks the court to stay the case until his medical issues related to his colon are resolved, but he doesn't know when that will be. It is

not the court's policy to stay cases for an indefinite amount of time, so Lacy's request is denied. But if Lacy is unable to litigate the case, he may dismiss the case without prejudice and ask the court to reopen the case when he has recovered. Alternatively, Lacy may request more limited extensions of time if his medical conditions prevent him from meeting a specific deadline. I will give Lacy two additional weeks to respond to McCardle's motion for summary judgment on the issue of exhaustion, so his new deadline in May 28, 2021. McCardle's reply is due June 8, 2021.

    Entered May 11, 2021.

                                    BY THE COURT:

                                    /s/

                                    _____
                                    JAMES D. PETERSON
                                    District Judge